FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2021

No. 04-21-00257-CV

Michael **SHANNON**, Director of Development Services Department, City of San Antonio, Texas; and City of San Antonio, Texas,
Appellants

v.

Arlene W. **BLAIR** and Plaintiff Class Petitioners,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-23022
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Appellants' brief is currently due August 16, 2021. On August 12, 2021, appellants filed a motion requesting an extension of time to file the brief until September 16, 2021. After consideration, we **GRANT** the motion and **ORDER** appellants to file their brief **by September 16, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court